IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ROBERT F. KAZIMOUR CO. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WEST SIDE UNLIMITED CORPORATION et al., <br><br> Defendants. | No. 08-CV-119-LRR <br><br> **ORDER** |

_____

The matter before the court is Defendants' Motion to Compel Arbitration and to Stay ("Motion") (docket no. 11). Plaintiffs have filed a Response (docket no. 23), in which they indicate they do not resist the Motion and, in fact, have signed an agreement with Defendants for binding arbitration of all of the parties' claims.

Accordingly, the parties are ordered to binding arbitration over all of their claims. The Complaint (docket no. 1) is **DISMISSED**, and the Clerk of Court is directed to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED** this 11th day of December, 2008.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA